UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              CASE NO.: 3:17-BK-03559-PMG
                                                    Chapter 13

JAMES L. STIMPSTON
DENISE L. STIMPSON,

                        Debtors./

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtors', James and Denise Stimpson request entry of an order referring the Debtors' and USDA Rural Development., whose mortgage lien encumbers the Debtors' real property located at: 7580 CR 627 Bushnell, Florida 33513 with a Mortgage Loan Number ending in 2829, to mortgage modification mediation, and in support states:

1. The Debtors' filed this bankruptcy case in an attempt to retain their primary residence.

2. The Debtors' would like to modify the terms of the mortgage encumbering their primary residence. The Debtors' income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

WHEREFORE, the Debtors' James and Denise Stimpson requests the entry of an order referring this case to mediation and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 2nd day of January, 2018.

                                                           /s/
                                          Adam G. Russo, Esq.
                                          Florida Bar No. 84633
                                          Myers, Eichelberger & Russo, P.L.
                                          5728 Major Blvd., Suite 735
                                          Orlando, FL 32819
                                          Telephone: 407-926-2455
                                          Facsimile: 407-536-4977
                                          Email: Adam@theMElawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 2nd day of December, 2018 to Douglas W. Neway, Chapter 13 Trustee, Post Office Box 4308, Jacksonville Florida 32201; USDA Rural Development PO Box 66879, St Louise MO 63166: USDA Rural Development Attention: Bankruptcy Department, PO Box 66889, St Louis MO 63166; USDA Rural Development Attention: Sydney Gruters, State Director., 4440 NW 25th Place, Gainesville Florida 32606.

/s/
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com