UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                           CASE NO.: 3:17-BK-03559-PMG
                                                                 Chapter 13
JAMES L. STIMPSON,
DENISE L. STIMPSON
                        Debtors./

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtors' James L. Stimpson and Denise L. Stimpson request entry of an order referring the Debtor and USDA Rural Development., whose mortgage lien encumbers the Debtor's real property located at: 7580 CR 627 Bushnell, Florida 33513 with a Mortgage Loan Number ending in 2829, to mortgage modification mediation, and in support states:

1. The Debtors' filed this bankruptcy case in an attempt to retain their primary residence.

2. The Debtors' would like to modify the terms of the mortgage encumbering their primary residence. The Debtors' income will allow their to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

WHEREFORE, the Debtors' James L Stimpson and Denise L Stimpson request the entry of an order referring this case to mediation and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th of December, 2017.

                                                    */s/ Adam G. Russo*
                                                    Adam G. Russo, Esq.
                                                    Florida Bar No. 84633
                                                    Myers, Eichelberger & Russo, P.L.
                                                    5728 Major Blvd., Suite 735
                                                    Orlando, FL 32819
                                                    Telephone: 407-926-2455
                                                    Facsimile: 407-536-4977
                                                    Email: Adam@theMElawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 11th day of December, 2017 to Douglas W. Neway, Po Box 4308., Jacksonville Florida 32201; USDA Rural Development, PO Box 66879, St Louis MO 63166.

*/s/ Adam G Russo*
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com