Fill in this information to identify your case:

Debtor 1     **James L Stimpson**

Debtor 2     **Denise L Stimpson**
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **3:17-bk-03559**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income                                      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status* | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Treater | Bus Driver |
| Employer's name | Robbins Wood Preserving | Bus Driver |
| Employer's address | 7205 Rose Avenue<br>Orlando, FL 32810 | 304 W Palm Avenue<br>Bushnell, FL 33513 |
| How long employed there? | July 2015 | 1 years |

*See Attachment for Additional Employment Information

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $  3,179.67 | $  1,596.80 |
| 3. **Estimate and list monthly overtime pay.** | 3.  +$  0.00 | +$  0.00 |
| 4. **Calculate gross Income.**  Add line 2 + line 3. | 4.  $  3,179.67 | $  1,596.80 |

Official Form 106I                            **Schedule I: Your Income**                                      page 1

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| Debtor 1 | James L Stimpson | | | | |
| Debtor 2 | Denise L Stimpson | | Case number (*if known*) | 3:17-bk-03559 | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | | $ 3,179.67 | $ 1,596.80 |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | | $ 480.22 | $ 204.96 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | | $ 95.39 | $ 47.90 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | | $ 263.15 | $ 14.72 |
| 5f. | **Domestic support obligations** | 5f. | | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: Saving | 5h.+ | | $ 0.00 + | $ 130.00 |
| | **Non Inst** | | | $ 0.00 | $ 25.25 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 838.76 | $ 422.83 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 2,340.91 | $ 1,173.97 |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 2,340.91 + $ 1,173.97 = | $ 3,514.88 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | | | 11. +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | | | 12. $ | 3,514.88 **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: **Co-Debtor Denise works for the School. She has a seasonal job in the summer while school is not in session.**

| Debtor 1 | **James L Stimpson** | | |
|---|---|---|---|
| Debtor 2 | **Denise L Stimpson** | Case number (*if known*) | **3:17-bk-03559** |

# Official Form B 6I
# Attachment for Additional Employment Information

| **Spouse** | | |
|---|---|---|
| Occupation | **Staff/Bus Driver** | |
| Name of Employer | **Sumter County Yough Center** | |
| How long employed | **SInce June 2014** | |
| Address of Employer | **841 E-CR 48 Bushnell**<br>**Bushnell, FL 33513** | **This is a seasonal job** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** First Name | **L** Middle Name | **Stimpson** Last Name |
| Debtor 2 (Spouse if, filing) | **Denise** First Name | **L** Middle Name | **Stimpson** Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 3:17-bk-03559

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James L Stimpson**
**James L Stimpson**
Signature of Debtor 1

Date **January 22, 2018**

X **/s/ Denise L Stimpson**
**Denise L Stimpson**
Signature of Debtor 2

Date **January 22, 2018**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re: **James L Stimpson / Denise L Stimpson**, Debtor(s)

Case No. **3:17-bk-03559**
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,300.00** |
   | Prior to the filing of this statement I have received | $ **1,000.00** |
   | Balance Due | $ **3,300.00** |

2. $ **310.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify): **LMM fee to be paid via the chapter 13 plan $1,800.00**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; processing reaffirmation agreements as needed, when reaffirmation agreement(s) has(ve) been sent to us by the creditor; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. The above fees charged consist of the $2,500.00 flat attorney fee, the filing fee of $310.00, the mortgage portal registration fee of $40.00, if applicable and the credit report fee and $53.00 for a joint debtor. The Debtors are also paying a fee in the amount of $1,800.00 for mortgage modification mediation**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any adversary proceeding, 2004 examinations, negotiations with creditors, including appeals. Such additional services shall be paid by the post petition earnings or borrowings of the debtor(s). This does not include the $50 per month maintenance fee to be paid following confirmation of the Plan through the completion of the Plan or dismissal of the case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 22, 2018**
*Date*

**/s/ Adam G. Russo**
**Adam G. Russo 84633**
*Signature of Attorney*
**Myers & Eichelberger, P.L.**
**5728 Major Blvd. #735**
**Orlando, FL 32819**
*Name of law firm*