UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   CASE NO.: 3:17-BK-03559-PMG
           Chapter 13

JAMES L. STIMPSTON
DENISE L. STIMPSON,

_____ Debtors./

**PROOF OF SERVICE AS RELATED TO ORDER DIRECTING MORTGAGE MODIFICATION MEDIATION ( DOCUMENT NUMBER 32)**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 26TH day of January 2018 to Douglas W. Neway, Chapter 13 Trustee, Post Office Box 4308, Jacksonville Florida 32201; USDA Rural Development PO Box 66879, St Louise MO 63166: USDA Rural Development Attention: Bankruptcy Department, PO Box 66889, St Louis MO 63166; USDA Rural Development Attention: Sydney Gruters, State Director., 4440 NW 25th Place, Gainesville Florida 32606.

/s/   Adam G. Russo
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com