UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:17-BK-03559 PMC

In Re:
Jaime L Stimpson and Denise L. Stimpson        Chapter 13
    Debtors.
_____/

## MEDIATION REPORT

In accordance with the Mortgage Modification Mediation Order a mediation conference was scheduled with Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, for June 18, 2018.

(1) The following were present:

    (a) Debtors Jaime Stimpson and Denise Stimpson and Debtors' attorney Adam Russo, Esquire.

(2) The results of the conference are indicated below:

    The mediation could not be held as neither the Servicer nor the Servicer's counsel attended the mediation.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o Debtor's Counsel;

**Debtors' Counsel**, Adam Russo, Esquire, Myers & Eichelberger & Russo, P L, 5728 Major Blvd Ste.735, Orlando, FL 32819-7977;

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor's Counsel**, Unknown.

Respectfully submitted this 18th day of June 2018.

/s Viktoria Collins
Viktoria Collins, Esquire
Circuit Court Mediator
Certification No.: 20426CFRA
Fla. Bar No. 0521299
200 South Knowles Avenue
Winter Park, FL 32789
Telephone: (407) 790 4173
Facsimile:   (407) 347 4092