

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/19/2018 10:00 AM

COURTROOM 300 North Hogan Street

HONORABLE PAUL GLENN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:17-bk-03559-PMG | 13 | 10/04/2017 |

**Chapter 13**

**DEBTOR:**  James Stimpson

Denise Stimpson

**DEBTOR ATTY:**  Adam Russo

**TRUSTEE:**  Douglas Neway

**HEARING:**

1-CONTINUED Confirmation Hearing
    2-objection by trustee

**APPEARANCES::**

1-CONTINUED Confirmation Hearing

2-objection by trustee

 **RULING:** CONT TO SEP 11 @ 10:00 AIOC
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.