UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

JAMES L STIMPSON                                          CASE NO.:  3:17-bk-03559-PMG
DENISE L STIMPSON,

_____Debtors./

## CERTIFICATE OF SERVICE AS RELATED TO ORDER GRANTING SECOND AMENDED MOTION FOR VALUATION OF COLLATERAL AND ALLOWING BALANCE OF CLAIM OF QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDING LLC  AS GENERAL UNSECURED

A true and correct copy of the foregoing has been sent by certified U.S Mail or by electronic transmission on the 21ST day of June, 2018, to Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; Douglas W Neway., Po Box 4308, Jacksonville Florida 32201; Quantum3 Group LLC as agent for Sadino Funding LLC., PO Box 788, Kirkland, WA 98083-0788.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Fla. Bar No.: 84633
Myers, Eichelberger & Russo, P.L
5728 Major Blvd., Ste. 735
Orlando, FL 32819
Phone: 407.926.2455
Fax:  (407) 536-4977
adam@themelawfirm.com
Attorney for Debtors